UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHABBIR CHOUDHURY, | Civil Action No: 1:17-cv-03740-RRM-ST |
| Plaintiff, | |
| -against- | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| J.P. MORGAN CHASE BANK, N.A., d/b/a CHASE BANK, | |
| Defendant, | |
| _____/ | |

To the Clerk of the above-named Court:

It is hereby agreed by Plaintiff Shabbir Choudhury and Defendant JPMorgan Chase Bank, N.A., sued as J.P. Morgan Chase Bank, N.A., d/b/a Chase Bank, by and through their respective attorneys, that this action shall be dismissed with prejudice and with each party to bear his and its own fees and costs.

| | |
|---|---|
| **The Tariq Law Firm, PLLC** | **Stroock & Stroock & Lavan LLP** |
| *Attorney for Plaintiff* | *Attorneys for Defendant JPMorgan* |
| *Shabbir Choudhury* | *Chase Bank, N.A., erroneously sued as J.P. Morgan Chase Bank, N.A d/b/a Chase Bank* |
| By: /s/Subhan Tariq | By: /s/Arjun P. Rao |
| Subhan Tariq, Esq. | Arjun P. Rao, Esq. |
| 90-52 171st Street | 2029 Century Park East |
| Jamaica, NY 11432 | Los Angeles, CA 90067 |
| Tel No: (516) 900-4529 | Tel No: (310) 556-5800 |